UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITO DAVID VALDEZ, JR., | No. C 06-4438 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES TILTON; et al., | |
| Defendants. | |

This matter is now before the court for consideration plaintiff's "motion to alter or amend judgment (motion for reconsideration)," plaintiff's request to have the case referred to a settlement program, and defendants' request for an extension of time to file a dispositive motion.

Plaintiff's "motion to alter or amend judgment (motion for reconsideration)" of the dismissal of the due process claim in the December 18, 2006 Order of Service is DENIED. (Docket # 11.) As a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e), the motion fails because no judgment has been entered. As a motion for reconsideration, the motion fares no better because plaintiff has not met any of the criteria for reconsideration: he does not present newly discovered evidence, the court did not commit clear error or make a manifestly unjust decision, and there has not been a change in controlling law. See School Dist. No. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993).

Plaintiff filed a letter and two motions (Docket # 19 and # 21) indicating his interest in participating in a "pro se early settlement program." Defense counsel filed a letter indicating that defendants did not believe an early settlement program or other alternative dispute resolution program would be beneficial at this time because they expect the case to be resolved by dispositive motion. The court declines to refer this case to a magistrate judge for settlement

purposes at this time. The denial is without prejudice to the court considering such a referral later, if this case proceeds past the summary judgment stage.

Defendants have filed an <u>ex parte</u> request for a sixty-day extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Lisa Sciandra, the court GRANTS the request. (Docket # 15.)

1. Defendants must file and serve their motion for summary judgment or other dispositive motion no later than **May 4, 2007**. If defendants are of the opinion that this case cannot be resolved by summary judgment, they must so inform the court prior to the date the motion is due.

2. Plaintiff must file and serve on defense counsel his opposition to the summary judgment or other dispositive motion no later than **June 8, 2007**.

3. Defendants must file and serve their reply brief, if any, no later than **June 22, 2007**.

IT IS SO ORDERED.

Dated: April 3, 2007

_____
SUSAN ILLSTON
United States District Judge